# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW J. WHITE, <br><br> PLAINTIFF <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> DEFENDANT | CIVIL NO. 2:17-CV-491-DBH |

## ORDER ON MOTIONS TO AMEND PLEADINGS

The plaintiff may amend his Opposing and Additional Statement of Material Facts in Opposition to Summary Judgment (ECF No. 56) by March 15, 2019, as he has proposed in his Response to Defendant's Motion for Leave (ECF No. 62) With Corresponding Motion for Leave to Amend ECF No. 56 (ECF No. 69). The defendant may then reply by April 1, 2019, as it has proposed in its Reply in Support of its Motion for Leave to Respond to Additional Facts Raised in Plaintiff's Opposition to Defendant's Statement of Material Facts (ECF No. 72). This disposes of the motions in ECF Nos. 62 and 70.

The summary judgment proceedings in this case have become the poster child for why the lawyers should have a pre-filing conference with the judge so as to avoid this kind of wasteful exchange.

**SO ORDERED.**

**DATED THIS 28TH DAY OF FEBRUARY, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**